[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
Oct. 19, 2009
THOMAS K. KAHN
CLERK

No.  09-11187
Non-Argument Calendar

D. C. Docket No.  08-01623-CV-BBM-1

WARRANT EXCHANGE, LLC,

                                                                    Plaintiff,

SALMEH FODOR,

                                                Interested Party-Appellant,

versus

NETWORKD CORPORATION,
ASHLEY LEONARD,
EUGENE KIM,

                                                        Defendants-Appellees.

Appeal from the United States District Court
for the Northern District of Georgia

(October 19, 2009)

Before TJOFLAT, MARCUS and ANDERSON, Circuit Judges.

PER CURIAM:

This is an appeal of the final order of the district court, entered on February 6, 2009, awarding $116,715.50 in sanctions against appellant Salmeh Fodor, an attorney, and her client, in favor of appellees NetworkD Corporation, Ashley Leonard, and Eugene Kim. In her brief, Foror advances several arguments for the vacation of the final order and a remand of the case for further proceedings. Fodor's arguments are baseless and therefore merit no discussion. The final order of the district court is, accordingly,

AFFIRMED.